# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Celester Monique White, | Civil No. 12-651 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Home Loan Mortgage Corporation, d/b/a Freddie Mac, U.S. Bank National Association, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal With Prejudice of Defendant Federal Home Loan Mortgage Corporation (Doc. No. 17), **IT IS ORDERED** that all claims asserted by Plaintiff against Defendant Federal Home Loan Mortgage Corporation are **DISMISSED WITH PREJUDICE**, without costs or disbursements to any party.

Dated: June 22, 2012

                                                                          s/Richard H. Kyle  
                                                                          RICHARD H. KYLE  
                                                                          United States District Judge